```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/5/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

**GUERIN,**

                       **Plaintiffs,**

    v.                           **1:20-cv-04547-ALC**
                                **ORDER**

**PSXDANIELLE LLC,**

                       **Defendant.**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff's response to its Order to Show Cause. ECF No. 8. The Court's October 20, 2020 Order to Show Cause is hereby VACATED.

**SO ORDERED.**
**Dated: November 5, 2020**
      **New York, New York**

                                                        */s/ Andrew L. Carter, Jr.*
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**