

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

November 23, 2020

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020
```

Re:   *Guerin v. PSXDanielle LLC (1:20-cv-4547-ALC-RWL)*

Dear Judge Lehrburger,

We represent Plaintiff Charles Guerin. We have been in touch with Michelle Priano, the co-founder of PSXDanielle. PSXDanielle has not made an appear through counsel as of yet, however the parties have been discussing settlement. We respectfully request that the initial conference scheduled for November 30, 2020 be adjourned until January 2021 to allow the parties time to reach a settlement.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Charles Guerin*

The initial pretrial conference currently set for November 30, 2020 at 12:00 p.m. is hereby rescheduled to **January 25, 2021** at **11:00 a.m.**  No later than **November 25, 2020**, counsel shall mail a copy of this Order to PSXDanielle LLC c/o Michelle Priano and file proof of such service on ECF.  If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

SO ORDERED:
11/23/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

