UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES GUERIN,                :    20-CV-4547 (ALC) (RWL)
                               :
              Plaintiff,       :    **ORDER**
                               :
    - against -                :    USDC SDNY
                               :    DOCUMENT
PSX DANIELLE, LLC,             :    ELECTRONICALLY FILED
                               :    DOC #:_____
              Defendant.       :    DATE FILED: 12/2/2020
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's counsel Richard Liebowitz has been suspended from the practice of law in the Southern District of New York on an interim basis pending further disciplinary proceedings. Accordingly, all deadlines are stayed for 30 days from the date of this Order. Within 30 days of the date of this Order, Plaintiff shall either appear through another attorney from the Leibowitz firm or an attorney other than one from the Leibowitz firm, or inform the Court that he is proceeding pro se (without an attorney). In the event Plaintiff fails to appear through counsel or pro se within 30 days of this Order, the case may be dismissed for failure to prosecute.

An attorney or paralegal from Mr. Leibowitz's firm, other than Mr. Leibowitz, shall serve a copy of this Order on Plaintiff by **December 9, 2020**, and file proof of service of same by **December 11, 2020**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: December 2, 2020
    New York, New York

Copies transmitted this date to all counsel of record.  The Clerk's Office is directed to mail a copy of this Order to Defendant PSXDanielle, LLC, and note service on the docket:

PSXDanielle LLC
c/o Michelle Priano
1636 York Ave
Apt. 2R
New York, NY 10028